IN THE
District Court of Illinois
Northern District

Antonio Bealer
Plaintiff
v.
Salvador A. Godinez et al,
Defendants

Case No. 13 C 4908
Judge Charles Norgle SR.

FILED
NOV 6 2013
11-6-2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## Memorandum of law

To support 6 page Motion of reconsideration plaintiff present case laws in support: Chathas v. Local 134 IBEW, 233 F.3d 508, 512 (7th Cir 2000) " An appeal does not present a real case or controversy where appellant complains not about a judgment but about statements or findings in the courts opinion

2) Rule 58 Seperate Document Rule that is required in every civil case apart from district courts Memorandum opinion or order, that disposes of the case. Perry v. Sheet Metal Workers Local No. 73 Pension Fund, 585 F.3d 358, 361-62 (7th Cir 2009) " The Documents benefits both the parties (for purposes of enforcement and clarity of legal obligations) and judicial system.

Rule 58(a) provides that every judgment must ~~set~~ be set out a separate document but enumerates five kinds of decision that do not count as a judgment;

a) For judgment under Rule 50(b)
b) To Amend or make additional findings under Rule 52(b)
c) For attorney's fees under Rule 54.
d) For new trial, or to alter or amend the judgement Rule 59 or
e) relief under rule 60.

Rule 58: If the District court not entered a Rule 58 Judgment though required, see Fed. R. Civ. P 58 (d) The rule ~~request~~ provides that a party may do so to request court to do so. Fed. R. Civ. P. 58(d)

A Typical Rule 58 judgment identifies all the parties in the case and records the disposition of every claim made by every party and nothing more. Exelon Generation Company, LLC v. Local 15, International Brotherhood of ~~electric~~ electrical Workers, AFL-CIO 540 F.3d 640, 643-44 (7th Cir 2008)

An order interpreting or clarifying an injunction is not appealable. On the other hand, a "misinterpretation" would be a modification of an injunction because it would change, rather clarify, the meaning of the original Injunction. Association of Community Organizations For reform Now (ACORN) v. Illinois State Board of elections 75 F.3d 304, 306 (7th Cir 1996).

3). <u>Failure to recieve Notice of Judgment or order</u>. Failure to receive notice of entry of Judgment does not toll the time for filing appeal. Parties that either do not receive notice of entry of Judgment or receive the notice so late as to impair the opportunity to file a timely appeal, however are not without Remedy. The district court may reopen briefly the appeal period if it finds that a party did not recieve notice of entry of a Judgment or order from the District court or another party.

4). Motion to Amend or Make additional findings of facts under Fed. R. civ. P. 52 (b) Whether or not granting the motion would alter the Judgment.

   d) A Motion to alter or Amend the Judgment under Fed. R. Civ. P. 59.

   f) Motion for relief under Fed. R. civ. P. 60 Provided the Motion is filed no later than 28 days after entry of Judgment.

5) Plaintiff attached is Mandamus pursuant to code of Civil Proceedure 735 ILCS 5/14-101 et seq of 3 pages to support this reconsideration of Denial of Judgment with Bias and Judgment due to 67 page book of pplaintiff political/philosophy/ Spiritual veiws and Motions to be given free caples court stamped of 97 page civil complaint, 100 page Evidence section, 10 page Motion of Counsel in forma Pauperis that shows he filed as poor person with certificate sign by Trust fund officer and account of last 12 months trust fund balance. These was filed 6-21-13 When filed initally the lawsuit but never mailed back. So 8-21-13 plaintiff filed Multiple Motion to be given free caples of all 3 Documents from 6-21-13 court never sent them still til this day. Judge With Bias Denyed Due To Motions and Book Filed 8-21-13 Which is last Documents filed in this Matters

2 of 3

6) Also being sent with this Motion To reconsider is Motions To Amend or make additional finding of facts under Fed. R. Civ. P. 52(b) whether or not granting the Motion would alter the Judgment.

7). Also sent Motion To alter or Amend Judgment under Fed. R. Civ. P. 59.

8) Motion for relief under Fed R. Civ P. 60 is also being Mailed

9), Also being mailed is currently Trust fund balance of indigent status; and Following these documents will be mailed certificate of trust fund officer of Plaintiff Indigent status who was sent it 9-17-13 and when sent back along with trust fund balance of last 12 months when they send it it will immediately be mailed to this court

10), Also Notice of filing reconsideration is being mailed and Affidavit showing I sent all these documents Mentioned.

Date  9-17-13

Antonio Bealus

3

30f3