

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**THOMAS G. BRUTON**
**CLERK**

312-435-5670

April 9, 2014

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

    RE: Antonio Bealer v. Salvador A. Godinez, et al.,

    U.S.D.C. DOCKET NO. *: 13 CV 4908*

    U.S.C.A. DOCKET NO. : 14-1598

    Dear Mr. Agnello:

    Please find attached the original record on appeal consisting of the following:

    VOLUME(S) OF *ELECTRONIC* PLEADING(S)    5

    VOLUME(S) OF *ELECTRONIC* TRANSCRIPT(S)

    VOLUME(S) OF DEPOSITION(S)

    EXHIBITS:

    VAULT ITEMS:

    OTHER (SPECIFY):

    SPECIAL NOTE:

    Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                Very truly yours,

                Thomas G. Bruton, Clerk

                By: /s/ Sheila Moore, Deputy Clerk

**I, THOMAS G. BRUTON, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

**5 Volumes of Pleadings**

In the cause entitled: Antonio Bealer v. Salvador A. Godinez, et al.,.

USDC NO.  : 13 CV 4908

USCA NO.  : 14-1598

IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 9th day of April 2014.

THOMAS G. BRUTON, CLERK

By: /s/ Sheila Moore, Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
-
By: s/ SHEILA MOORE
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
-
April 9, 2014

APPEAL,GILBERT,PC,TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 6,1 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:13-cv-04908
## Internal Use Only

Bealer v. Godinez et al
Assigned to: Honorable Charles R. Norgle, Sr
Case in other court: 14-01598

Cause: 28:1983 Civil Rights

Date Filed: 07/09/2013
Date Terminated: 08/08/2013
Jury Demand: Plaintiff
Nature of Suit: 555 Civil Rights (Prison Condition)
Jurisdiction: Federal Question

**Plaintiff**

**Antonio Bealer**     represented by **Antonio Bealer**
K-68852
Stateville - STV
P.O. Box 112
Joliet, IL 60434
PRO SE

V.

**Defendant**
**Salvador A Godinez**

**Defendant**
**Michael Lemke**

**Defendant**
**John Doe 1**
*Warden No. 2*

**Defendant**

**John Doe 2**
*Warden No. 3*

**Defendant**

**John Doe 3**
*Lieutenant*

**Defendant**

**Jane Doe 1**
*Superintendent*

**Defendant**

**Sergeant Palmer**

**Defendant**

**John Doe 4**
*Lieutenant*

**Defendant**

**Lieutenant Barry**

**Defendant**

**John Doe 5**
*Sergeant*

**Defendant**

**John Doe 6**
*Officer*

**Defendant**

**Lieutenant Bell**

**Defendant**

**Officer Jubarek**

**Defendant**

**Counselor Harris**

**Defendant**

**Jane Doe 2**
*Dr., Psychologist*

**Defendant**

**John Doe 7**
*Lieutenant*

**Defendant**

**John Does**
*Food Supervisor*

**Defendant**

**John Doe 8**
*Dr., Medical Director*

**Defendant**

**John Doe 9**
*Head of Internal Affairs and Staff*

**Defendant**

**Dr. Wilson**
*Psychologist*

**Defendant**

**John Doe 10**
*Sergeant*

**Defendant**

**Officer Stanish**

**Defendant**

**John Doe 11**
*and possibly all past over 200 defendants in first three lawsuits of this continuesly conspiracy*

**Defendant**

**Officer Lazard**

**Defendant**

**Major McGarvey**

**Defendant**

**Sergeant Durrett**

**Defendant**

**S. James**
*Officer*

**Defendant**

**Officer Orosz**

**Defendant**

**Sergeant Richards**

**Defendant**

**Officer Albert**

**Defendant**

**Officer Griffen**

**Defendant**

**Lieutenant Young**

**Defendant**

**Officer Cervantes**

**Defendant**

**John Doe 12**
*Lieutenant*

**Defendant**

**John Doe 13**
*Lieutenant*

**Defendant**

**Lieutenant Johnson**

**Defendant**

**Sergeant Butler**

**Defendant**

**Larry**
*Paralegal at Stateville C.C.*

**Defendant**

**John Does 2**
*Mailroom Staff Stateville C.C.*

**Defendant**

**Nelson**
*officer of legal mail*

**Defendant**

**Sergeant Warden**

**Service List**  represented by **Illinois Department of Corrections**
100 West Randolph, Suite 4-200
Chicago, IL 60601
Email:
DOC.ILNDNotices@doc.illinois.gov
*ATTORNEY TO BE NOTICED*

**Prisoner Correspondence - Internal Use Only**
Email: Prison1_ILND@ilnd.uscourts.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/09/2013 | 1 | RECEIVED Complaint and 2 copies by All Plaintiffs (Envelope postmarked 07/05/2013) (Attachments: # 1 Part 2, # 2 Part 3, # 3 Part 4) (np, ) (Entered: 07/10/2013) |
| 07/09/2013 | 2 | CIVIL Cover Sheet (np, ) (Entered: 07/10/2013) |
| 07/09/2013 | 3 | APPLICATION by Plaintiff Antonio Bealer for leave to proceed in forma pauperis (Exhibits) (np, ) (Entered: 07/10/2013) |
| 07/09/2013 | 4 | MOTION by Plaintiff Antonio Bealer for extension of time (np, ) (Entered: 07/10/2013) |
| 07/09/2013 | 5 | MOTION by Plaintiff Antonio Bealer for attorney representation (np, ) (Entered: 07/10/2013) |
| 07/09/2013 | 6 | MEMORANDUM by Antonio Bealer (np, ) (Entered: 07/10/2013) |
| 07/09/2013 | 7 | MEMORANDUM by Antonio Bealer (np, ) (Entered: 07/10/2013) |
| 07/09/2013 | 8 | MEMORANDUM by Antonio Bealer (np, ) (Entered: 07/10/2013) |
| 07/16/2013 | 9 | WRITTEN Opinion entered by the Honorable Charles R. Norgle, Sr on 7/16/2013: Plaintiff having "struck out" pursuant to 28 U.S.C. § 1915(g), his motion for leave to proceed in forma pauperis [# 3 ] is denied. Plaintiff must pay the full statutory filing fee of $400 within fourteen days of the date of this order. Failure to pay the $400 filing fee within fourteen days will result in summary dismissal of this case. See Local Rule 3.3(e) (N.D. Ill). [For further details see Written Opinion.] Mailed notice (ph, ) (Entered: 07/17/2013) |
| 07/29/2013 | 17 | MOTION by Plaintiff Antonio Bealer to supeona. (ph, ) (Entered: 08/12/2013) |
| 07/29/2013 | 18 | MOTION by Plaintiff Antonio Bealer. (ph, ) (Entered: 08/12/2013) |
| 07/29/2013 | 19 | MOTION by Plaintiff Antonio Bealer. (ph, ) (Entered: 08/12/2013) |
| 07/31/2013 | 10 | RECEIVED Supplement Complaint and one copy by Antonio Bealer. (ph, ) (Entered: 08/01/2013) |
| 07/31/2013 | 11 | RECEIVED Supplement Amended Complaint and one copy by Antonio Bealer (Attachments: # 1 Continuation, # 2 Continuation, # 3 Continuation, # 4 Continuation) (ph, ) (Entered: 08/01/2013) |

| | | |
|---|---|---|
| 07/31/2013 | 12 | MOTION by Plaintiff Antonio Bealer order for preliminary injunctive relief, temporary restraining order, declaratory judgment; Notice. (ph, ) (Entered: 08/01/2013) |
| 07/31/2013 | 13 | MOTION by Plaintiff Antonio Bealer for order to cause for motion. (ph, ) (Entered: 08/01/2013) |
| 07/31/2013 | 14 | MOTION by Plaintiff Antonio Bealer for order to cause for motion. (ph, ) (Entered: 08/01/2013) |
| 07/31/2013 | 15 | MOTION by Plaintiff Antonio Bealer for order to cause for motion to supoena witnesses. (ph, ) (Entered: 08/01/2013) |
| 08/08/2013 | 16 | ORDER: Pursuant to the court order of July 16, 2013, Plaintiff was ordered to submit the full $400.00 statutory filing fee within two weeks or risk dismissal of this suit. Although forewarned of the consequences, Plaintiff has failed to comply. Accordingly, the complaint is dismissed. The case is terminated, and all pending motions are denied as moot. Signed by the Honorable Charles R. Norgle, Sr on 8/8/2013. Mailed notice (ph, ) (Entered: 08/09/2013) |
| 08/14/2013 | 20 | ORDER: Plaintiff has submitted three motions seeking miscellaneous relief [# 17 ], [# 18 ], and [# 19 ]. This case was dismissed on August 8, 2013, for failure to pay the statutory filing fee as ordered. Consequently, these motions are denied as moot. Signed by the Honorable Charles R. Norgle, Sr on 8/14/2013. Mailed notice (ph, ) (Entered: 08/15/2013) |
| 08/21/2013 | 21 | RECEIVED Supplemental Complaint and two copies by Antonio Bealer. (Exhibits) (nf, ) (Entered: 08/23/2013) |
| 09/05/2013 | 22 | ORDER Plaintiff has submitted a proposed supplement to his complaint in this case. This case was dismissed on August 8, 2013, for failure to pay the statutory filing fee as ordered. This case remains closed. Signed by the Honorable Charles R. Norgle, Sr on 9/5/2013.(nf, ) (Entered: 09/09/2013) |
| 10/07/2013 | 23 | MOTION by Plaintiff Antonio Bealer for leave to file reconsideration and notice of filing; Notice. (ph, ) (Entered: 10/09/2013) |
| 10/07/2013 | 24 | MOTION by Plaintiff Antonio Bealer for leave to file reconsideration and notice of filing; Notice. (ph, ) (Entered: 10/09/2013) |
| 10/07/2013 | 25 | MOTION by Plaintiff Antonio Bealer for extension of time; Notice. (ph, ) (Entered: 10/09/2013) |
| 10/15/2013 | 26 | ORDER Plaintiff has submitted three motions relating to reconsideration of the Court's order dismissing this case, one seeking more time to file # 25 and the others detailing what is contained in the motion to reconsider, but failing to attach the motion itself # 23 , # 24 . The motions are denied. Plaintiff's case was dismissed because he was ordered to pay the statutory filing fee, having previously struck out pursuant to 28 U.S.C. $ 1915(g). The motions submitted by Plaintiff, to the extent that they are comprehensible discuss the merits of his dismissed claim, not his failure to payas ordered. Consequently, Plaintiff |

| | | |
|---|---|---|
| | | has failed to cure or argue any compelling reason for the Court to reconsider its decision to dismiss this case for failure to pay the statutory filing fee as ordered.This case remains closed on the Court's docket, and the time to file a notice of appeal has passed. Plaintiff should refrain from filing any further motions in this case that are not directly related to the reason for dismissal of the suit. Signed by the Honorable Charles R. Norgle, Sr on 10/15/2013.(nf, ) (Entered: 10/18/2013) |
| 11/06/2013 | 27 | MOTION by Plaintiff Antonio Bealer to request information from IDOC prison master file. (ph, ) (Entered: 11/08/2013) |
| 11/06/2013 | 28 | MOTION by Plaintiff Antonio Bealer for leave to proceed in forma pauperis and request for free motions and complaints. (ph, ) (Entered: 11/08/2013) |
| 11/06/2013 | 29 | MOTION by Plaintiff Antonio Bealer for records of legal proceedings. (ph, ) (Entered: 11/08/2013) |
| 11/06/2013 | 30 | MOTION by Plaintiff Antonio Bealer to request information from IDOC prison master file. (ph, ) (Entered: 11/08/2013) |
| 11/06/2013 | 31 | MOTION by Plaintiff Antonio Bealer to amend or make additional finding, to amend or alter judgment and for relief. (ph, ) (Entered: 11/08/2013) |
| 11/06/2013 | 32 | MOTION by Plaintiff Antonio Bealer for reconsideration/rehearing. (Exhibits) (ph, ) (Entered: 11/08/2013) |
| 11/06/2013 | 33 | MOTION by Plaintiff Antonio Bealer for attorney representation. (Exhibit) (ph, ) (Entered: 11/08/2013) |
| 11/06/2013 | 34 | MEMORANDUM of law by Antonio Bealer. (ph, ) (Entered: 11/08/2013) |
| 11/06/2013 | 35 | UPDATED added on Supplement Complaint by Antonio Bealer. (Exhibits) (Attachments: # 1 Continuation Attachment 1, # 2 Continuation Attachment 2, # 3 Continuation Attachment 3, # 4 Continuation Attachment 4, # 5 Continuation Attachment 5, # 6 Continuation Attachment 6, # 7 Continuation Attachment 7, # 8 Continuation Attachment 8, # 9 Continuation Attachment 9) (ph, ) (Poor Quality Original - Paper Document on File.) Modified on 11/21/2013 (ph, ). (Entered: 11/08/2013) |
| 11/06/2013 | 36 | AFFIDAVIT by Plaintiff Antonio Bealer in Support of motions for motions and compoaints filed. (ph, ) (Entered: 11/08/2013) |
| 11/06/2013 | 37 | ~~CERTIFICATE by Antonio Bealer. (Exhibit) (ph, ) (Entered: 11/08/2013)~~ |
| 11/18/2013 | 38 | ORDER: Plaintiff's motions [# 27 ], [# 28 ], [# 29 ], [# 30 ], [# 31 ], [# 32 ], [# 33 ] are denied for the reasons described below. Signed by the Honorable Charles R. Norgle, Sr on 11/18/13. Mailed notice (ph, ) (Entered: 11/20/2013) |
| 12/26/2013 | 39 | SUPPLEMENT for rehearing/ reconsideration: Notice.(Exhibits) (vcf, ) (Entered: 01/02/2014) |
| 02/07/2014 | 41 | SUPPLEMENT Motion by Plaintiff Antonio Bealer for reconsideration/ |

| | | |
|---|---|---|
| | | rehearing. (Exhibits) (vcf, ) (Entered: 02/13/2014) |
| 02/10/2014 | 40 | RECEIVED SUPPLEMENT Complaint by Antonio Bealer. (Exhibits) (vcf, ) (Entered: 02/13/2014) |
| 02/13/2014 | 42 | RECEIVED SUPPLEMENT complaint by Antonio Bealer.(Exhibits) (vcf, ) (Entered: 02/18/2014) |
| 02/20/2014 | 44 | SUPPLEMENT complaint by Antonio Bealer.(Exhibits) (vcf, ) (Entered: 02/26/2014) |
| 02/24/2014 | 43 | ORDER: Plaintiff has submitted a supplement to his motion for rehearing # 39 ,a supplement to his complaint # 40 ,and a supplemental motion for reconsideration # 41 . This case was dismissed for failure to pay the statutory filing fee as previously ordered on August 8, 2013. Despite warnings, Plaintiff continues to submit motions and supplements in this case that do not address the reason the case was dismissed. Additionally, with respect to Plaintiff s motion to reconsider # 41 , a party ordinarily gets "one shot" at asking the district court to alter or amend judgment; if the party does not obtain the relief he seeks, he must pursue the appeal process for further review. Andrews v. E.I. Du Pont de Nemours and Company,447 F.3d 510, 516 (7thCir. 2006). This is at least plaintiff s second motion to vacate judgment. Accordingly, it is denied. The Clerk is directed to strike these to items from the docket and return them to Plaintiff. This case remains closed on the Court's docket. Plaintiff should refrain from filing any further pleadings or motions in this case unrelated by the Court on July 16.2013. Signed by the Honorable Charles R. Norgle, Sr on 2/24/2014. Mailed notice(vcf, ) (Entered: 02/26/2014) |
| 03/05/2014 | | MAILED order dated 2/24/2014 and Received Supplement Complaint 40 to Antonio Bealer. (vcf, ) (Entered: 03/05/2014) |
| 03/19/2014 | 45 | NOTICE of appeal by Antonio Bealer regarding orders 43 , 16 . (FEE DUE) (smm) (Entered: 03/20/2014) |
| 03/20/2014 | 46 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 45 . (smm) (Entered: 03/20/2014) |
| 03/20/2014 | 47 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 45 . Notified counsel (smm) (Entered: 03/20/2014) |
| 03/20/2014 | 48 | ACKNOWLEDGMENT of receipt of short record on appeal regarding notice of appeal 45 ; USCA Case No. 14-1598. (vcf, ) (Entered: 03/21/2014) |
| 03/20/2014 | 49 | CIRCUIT Rule 3(b) Notice. PLRA fee notice and order. (vcf, ) (Entered: 03/21/2014) |
| 03/26/2014 | 50 | COPY of order dated 3/26/2014 from the Seventh Circuit regarding notice of appeal 45 ; Appellate case no. : 14-1595. IT IS ORDERED that the clerk of this court transfer the motion to the clerk of the district court for a ruling on the motion, along with a copy of this order. The pro se appellant is reminded |

| | | |
|---|---|---|
| | | that is the district court denies the informa pauperis motion, he/she must refile the motion in this court pursuant to Fed.R. (vcf, ) (Entered: 03/27/2014) |
| 04/03/2014 | 51 | MOTION by Plaintiff/appellant Antonio Bealer request to be granted to the mentioned civil documents free at charge from court reporter.(Exhibits) (vcf, ) (Entered: 04/09/2014) |
| 04/03/2014 | 52 | AFFIDAVIT of Antonio Bealer. (vcf, ) (Entered: 04/09/2014) |
| 04/03/2014 | 53 | MOTION by Plaintiff Antonio Bealer for record at legal proceedings. (Exhibits) (vcf, ) (Entered: 04/09/2014) |
| 04/03/2014 | 54 | MOTION by Plaintiff Antonio Bealer for attorney representation. (vcf, ) (Entered: 04/09/2014) |

**KEY**

**Majority of the items are included in this record.**
**All crossed out items are not included in the record.**